UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEWAYNE LETNER, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF OLIVER SPRINGS, )<br>    Defendant. ) | No. 3:06-CV-443<br><br>Judge Phillips |

## JUDGMENT ORDER

Upon consideration of the evidence produced at the nonjury trial held August 23, 2007, and for the reasons set forth in the findings of fact and conclusions of law filed contemporaneously with this order, it is **ORDERED** that Dewayne Letner, recover from defendant City of Oliver Springs, damages in the amount of Forty-Three Thousand, Two Hundred Fifteen Dollars and thirty-six Cents ($43,215.36) plus costs of this action and attorney fees, the amount to be determined by further orders of the court.

**IT IS SO ORDERED.**

ENTER:

           s/ Thomas W. Phillips
United States District Judge