**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **DEWAYNE LETNER,** ) | |
| ) | |
| v. ) | No. 3:06-CV-443 |
| ) | (Phillips) |
| **CITY OF OLIVER SPRINGS** ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for award of attorney's fees and costs by plaintiff Dewayne Letner. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the plaintiff's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Dewayne Letner is **AWARDED** attorney's fee of $39,662.00 and costs of $1,850.24 to be paid by the City of Oliver Springs.

Dated at Knoxville, Tennessee, this _____ day of April, 2008.

                                       s/ Patricia L. McNutt
                                       Clerk of Court